UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
SOUTHERN DIVISION
(at Pikeville)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | Criminal Action No. 7: 23-004-DCR |
| V. | ) ) | |
| BILL DANIEL COMBS, | ) ) | **ORDER** |
| Defendant. | ) ) | |

\*\*\*   \*\*\*   \*\*\*   \*\*\*

On September 13, 2023, United States Magistrate Judge Edward B. Atkins filed a Report and Recommendation regarding Defendant Combs' competency following an evaluation conducted by a licensed forensic psychologist. [Record No. 34][1] As noted by Magistrate Judge Atkins, during the hearing held on September 12, 2023, the parties' stipulated to the evaluator's credentials and qualifications as well as her findings and conclusions that the defendant is competent to proceed to trial and assist in his defense. [*See* sealed Psychological Evaluation, Record No. 31.] The parties have not objected to the Report and Recommendation within the time provided. Therefore, being sufficiently advised, it is hereby

**ORDERED** as follows:

1.    The Report and Recommendation of United States Magistrate Judge Edward B. Atkins [Record No. 34] is **ADOPTED** and **INCORPORATED** by reference.

---

[1] The Report and Recommendation incorrectly refers to Defendant Combs as "Ferguson" at page 1. However, the balance of the report correctly reflects the evaluation of Defendant Combs and its results. Other than the correction of this typographical error, the balance of the report will be adopted.

2. The Court finds that Defendant Combs is competent to face further proceedings, including trial, and to assist in his defense.

3. This matter is scheduled for a final pretrial conference on **Thursday, October 12, 2023**, at the hour of **11:00 a.m.**, at the United States Courthouse in Pikeville Kentucky. The parties are reminded of their filing obligations as set forth in Pretrial and Discover Order filed on April 26, 2023 [Record No. 19]. The parties are further advised that the Court will schedule this matter for trial during the pretrial conference.

Dated: September 28, 2023.

Danny C. Reeves, Chief Judge
United States District Court
Eastern District of Kentucky