UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

No. 24-5111

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

BILL DANIEL COMBS,

    Defendant - Appellant.

**FILED**
Dec 06, 2024
KELLY L. STEPHENS, Clerk

Before: SUTTON, Chief Judge; MURPHY and BLOOMEKATZ, Circuit Judges.

# JUDGMENT

On Appeal from the United States District Court for the Eastern District of Kentucky at Pikeville.

THIS CAUSE was heard on the record from the district court and was submitted on the briefs without oral argument.

IN CONSIDERATION THEREOF, it is ORDERED that the sentence imposed on Bill Daniel Combs by the district court is AFFIRMED.

**ENTERED BY ORDER OF THE COURT**

*Kelly L. Stephens*

Kelly L. Stephens, Clerk