# UNITED STATES COURT OF APPEALS
## FOR THE SIXTH CIRCUIT

_____

No: 24-5111

_____

Filed: December 30, 2024

UNITED STATES OF AMERICA

    Plaintiff - Appellee

v.

BILL DANIEL COMBS

    Defendant - Appellant

## MANDATE

   Pursuant to the court's disposition that was filed 12/06/2024 the mandate for this case hereby issues today.

COSTS: None